*IT IS SO ORDERED*
*Judge James Ware*

1  TERENCE M. KANE, SBN 093996
   The Heritage Law Group
2  99 Almaden Boulevard, Suite 710
   San Jose, California 95113
3  Telephone:    (408) 925-0145

4  Attorneys for Defendants
   INTEGRETEL, INC. and TELECOM FUNDING CORPORATION

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLS, Inc.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>INTEGRETEL, INC., et al.,<br><br>　　　　　Defendant. | No. C-04 04054<br><br>**Stipulation and [Proposed] Order re Binding Arbitration**<br><br>Date: August 1, 2005<br>Time: 9:00 a.m.<br>Before The Honorable James Ware |

　　　　IT IS HEREBY STIPULATED by and between the Plaintiff OLS, INC. ("Plaintiff") and Defendants INTEGRETEL, INC. and TELECOM FUNDING CORPORATIONS ("Defendants"), collectively referred to hereafter as the "Parties," by and through their attorneys of record as follows:

　　　　1.　　The Parties stipulate to submit the claims alleged in Plaintiff's Complaint entitled OLS, Inc. v. Integretel, Inc., et al. U.S. District Court, Northern District of California, Case No. C-04-04054 (the "Civil Case") to binding arbitration under the following conditions:

　　　　　　(a)　　That the Parties are able to agree to a mutually satisfactory arbitrator;

　　　　　　(b)　　That the arbitration will limit discovery to production of relevant documents by each side, and two (2) depositions per side, not to exceed one day each. Additional

discovery shall be available only upon mutual agreement of the parties, or order of the Arbitrator and for good cause shown.

   (c) The court will stay this matter pending the outcome of the arbitration, with the court to reserve jurisdiction to enter judgment on such award as may be rendered therein.

  2. Based on the foregoing, the Parties request that the court take off calendar Defendants' motion to compel arbitration, currently set for hearing on August 1, 2005 at 9:00 a.m. before Judge Ware, and stay this action pending the outcome of the arbitration, reserving jurisdiction to enter judgment on the arbitration award.

Dated: July 14, 2005     THE HERITAGE LAW GROUP

_____
Terence M. Kane
Attorneys for Defendants
INTEGRETEL, INC. and TELECOM FUNDING CORPORATION

Dated: July 13, 2005     GOODIN, MACBRIDE, SQUERI, RITCHIE & DAY, LLP

_____
Francine T. Radford
Attorneys for Plaintiff
OLS, Inc.

Dated: July 15, 2005     SO ORDERED

/s/ James Ware
_____
Hon. James Ware

3196/001/X67146.v1