NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLS, Inc., | NO. C 04-04054 JW |
| Plaintiff(s), | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Integretel, Inc. et al., | |
| Defendant(s). | |

By Order dated July 15, 2005, the Court stayed this action pending the results of arbitration. Accordingly, the case management conference set for August 29, 2005 is vacated. The Court tentatively sets the matter on calendar for status review on December 5, 2005, 9:00 a.m. No later than November 21, 2005, the parties shall file a joint status statement outlining the status of the arbitration proceedings, or file a voluntary dismissal.

Dated: August 22, 2005         /s/James Ware
                                JAMES WARE
                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Francine T. Radford fradford@gmssr.com
Patrick R. Blasz prb@thlglaw.com
Robert A. Nakamae ran@r-winc.com
Terence M. Kane tmk@hlgusa.com

**Dated: August 22, 2005**                                   **Richard W. Wieking, Clerk**

                                                             **By:____/s/JW CHambers_____**
                                                                 **Ronald L. Davis**
                                                                 **Courtroom Deputy**