**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                              SAN JOSE DIVISION
10   Ols, Inc.,                                NO. C 04-04054 JW
11             Plaintiff(s),                   **ORDER CONTINUING CASE**
         v.                                    **MANAGEMENT CONFERENCE**
12
     Integretel, Inc. et al.,
13
               Defendant(s).
14                                          /

15       Based upon the case management conference statement filed November 17, 2005, the case
16   management conference scheduled for December 5, 2005 is continued to February 27, 2006 at 10:00 a.m.
17   The parties shall file a joint case management statement no later than February 15, 2006.
18
19   Dated: November 21, 2005              /s/James Ware
                                           JAMES WARE
20                                         United States District Judge
21
22
23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Francine T. Radford fradford@gmssr.com
Patrick R. Blasz prb@thlglaw.com
Robert A. Nakamae ran@robinsonwood.com
Terence M. Kane tmk@hlgusa.com

**Dated: November 21, 2005**                             **Richard W. Wieking, Clerk**


                                                                                  **By:   /s/JW Chambers**
                                                                                  **Ronald L. Davis**
                                                                                  **Courtroom Deputy**