**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Ols, Inc., | NO. C 04-04054 JW |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Integretel, Inc. et al., | |
| Defendant(s). | |

In light of the binding arbitration scheduled for March 14, 2006, the case management conference scheduled for February 27, 2006 is continued to June 19, 2006 at 10:00 a.m. The parties shall file an updated joint case management statement no later than June 8, 2006.

Dated: February 17, 2006        /s/James Ware
                                JAMES WARE
                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Francine T. Radford fradford@gmssr.com
Patrick R. Blasz prb@thlglaw.com
Robert A. Christopher rchristopher@hopkinscarley.com
Robert A. Nakamae ran@robinsonwood.com

**Dated: February 17, 2006**                          **Richard W. Wieking, Clerk**

                                                         **By:   /s/JW Chambers**
                                                            **Melissa Peralta**
                                                            **Courtroom Deputy**

United States District Court
For the Northern District of California